# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# —WHEELING DIVISION—

**DIANA MEY, individually**
**and on behalf of a proposed class,**

          **Plaintiff,**

v.                                            Civil Action No. 5:23-CV-46

**LEVIN, PAPANTONIO, RAFFERTY,**
**PROCTOR, BUCHANAN, O'BRIEN, BARR &**
**MOUGEY P.A.; PRINCIPAL LAW GROUP,**
**LLC; MCM SERVICES GROUP LLC: and**
**JOHN DOE DEFENDANTS 1-5.**

          **Defendants.**

## JOINT STIPULATION

    Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mouguey P.A. ("LPR") and Diana Mey ("Plaintiff"), by their respective Counsel, hereby stipulate that LPR may have until May 4, 2023, to file its response to Plaintiff's Complaint.

Jointly submitted by:

| | |
|---|---|
| /s/ R. Edison Hill | /s/ Andrew C. Robey |
| R. Edison Hill (WVSB #1734) | Ryan M. Donovan (WVSB#1160) |
| HILL PETERSON CARPER BEE & | Andrew C. Robey (WVSB#12806) |
| DEITZLER, PLLC | HISSAM FORMAN DONOVAN RITCHIE PLLC |
| North Gate Business Park | PO Box 3983 |
| Charleston, WV 25311 | Charleston, WV 25339 |
| *Counsel for Defendant LPR* | *Counsel for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
—WHEELING DIVISION—**

**DIANA MEY, individually
and on behalf of a proposed class,**

          **Plaintiff,**

v.                                                  **Civil Action No. 5:23-CV-46**

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR &
MOUGEY P.A.; PRINCIPAL LAW GROUP,
LLC; MCM SERVICES GROUP LLC: and
JOHN DOE DEFENDANTS 1-5.**

          **Defendants.**

## CERTIFICATE OF SERVICE

I, R. Edison Hill, counsel for defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A., do hereby certify on this 18th day of April, 2023, a true and correct copy of the foregoing "**JOINT STIPULATION**" was electronically filed with the Clerk of Court using the CM/ECF system, which will send information of such filing to the following party:

  Ryan M. Donovan (WVSB#1160)
  Andrew C. Robey (WVSB#12806)
  HISSAM FORMAN DONOVAN RITCHIE PLLC
  P.O. Box 3983
  Charleston, WV 25339
  rdonovan@hfdrlaw.com
  arobey@hfdrlaw.com
  *Counsel for Plaintiff*

                                                    /s/ R. Edison Hill
                                                    R. Edison Hill (WVSB# 1734)