# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

DIANA MEY, individually and on behalf of a proposed class,

                Plaintiff,

v.

LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.; PRINCIPAL LAW GROUP, LLC; MCM SERVICES GROUP LLC; AND JOHN DOE DEFENDANTS 1-5,

                Defendants.

Civil Action No. 5:23-cv-46
Judge John P. Bailey

## JOINT STIPULATION

Defendant Principal Law Group, LLC and Plaintiff Diana Mey, by their respective Counsel, hereby stipulate that Principal Law Group, LLC may have until May 4, 2023, to file its response to Plaintiff's Complaint.

Jointly submitted by:

| | |
|---|---|
| */s/ Ryan M. Donovan* | */s/ Joseph R. Blalock* |
| Andrew C. Robey (WV 12806) | Joseph R. Blalock (WV 12090) |
| Ryan M. Donovan (WV 1160) | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| HISSAM FORMAN DONOVAN RITCHIE PLLC | 44 15th Street, Suite 2 |
| P.O. Box 3983 | Wheeling, West Virginia 26003 |
| Charleston, West Virginia 25339 | Telephone: 614.461.5881 |
| Email: arobey@hfdrlaw.com | Facsimile: 614.223-9300 |
| rdonovan@hfdrlaw.com | Email: jblalock@beneschlaw.com |
| *Attorneys for Plaintiff* | David M. Krueger (OH 0085072) (*Pro hac vice forthcoming*) |
| | John N. Dagon (OH 0098128) (*Pro hac vice forthcoming*) |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:	216.363.4500
Facsimile:	216.363.4588
Email:	dkrueger@beneschlaw.com
	jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law Group, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**DIANA MEY, individually and on behalf of a proposed class,**

            **Plaintiff,**

v.                                              Civil Action No. 5:23-cv-46
                                                 Judge John P. Bailey

**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.; PRINCIPAL LAW GROUP, LLC;  MCM SERVICES GROUP LLC; AND JOHN DOE DEFENDANTS 1-5,**

            **Defendants.**

## CERTIFICATE OF SERVICE

I, Joseph R. Blalock, counsel for Defendant Principal Law Group, LLC, do hereby certify on this 20th day of April, 2023, a true and correct copy of the foregoing "**JOINT STIPULATION**" was electronically filed with the Clerk of Court using the CM/ECF system, which will send information of such filing to the following party:

Andrew C. Robey (WV 12806)
Ryan M. Donovan (WV 1160)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, West Virginia  25339
Email:       arobey@hfdrlaw.com
                 rdonovan@hfdrlaw.com

*Attorneys for Plaintiff*

R. Edison Hill (WV 1734)
Hill Peterson Carper Bee & Deitzler, PLLC
North Gate Business Park
Charleston, West Virginia  25311

*Attorney for Defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A.*

/s/ Joseph R. Blalock
Joseph R. Blalock (WV 12090)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
44 15th Street, Suite 2
Wheeling, West Virginia  26003
Telephone:	614.461.5881
Facsimile:	614.223-9300
Email:	jblalock@beneschlaw.com

David M. Krueger (OH 0085072) (*Pro hac vice forthcoming*)
John N. Dagon (OH 0098128) (*Pro hac vice forthcoming*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:	216.363.4500
Facsimile:	216.363.4588
Email:	dkrueger@beneschlaw.com
	jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law Group, LLC*