## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

**DIANA MEY, individually and on behalf
of a proposed class,**

                               **Plaintiff,**

**v.**                                              **Civil Action No. 5:23-cv-46**
                                                    **Judge John P. Bailey**

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY P.A.; PRINCIPAL
LAW GROUP, LLC;  MCM SERVICES
GROUP LLC; AND JOHN DOE
DEFENDANTS 1-5,**

                               **Defendants.**

### JOINT STIPULATION

Defendants Principal Law Group, LLC and Levin Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey P.A. (together, "Defendants") and Plaintiff Diana Mey, by
their respective Counsel, hereby stipulate that Defendants may have an additional twenty-one (21)
days, until May 25, 2023, to file their respective responses to Plaintiff's Complaint.

        Jointly submitted by:

 _/s/ Ryan M. Donovan_                          _/s/ Joseph R. Blalock_
 Andrew C. Robey (WV 12806)                      Joseph R. Blalock (WV 12090)
 Ryan M. Donovan (WV 1160)                      BENESCH, FRIEDLANDER, COPLAN &
 HISSAM FORMAN DONOVAN RITCHIE PLLC              ARONOFF LLP
 P.O. Box 3983                                  44 15th Street, Suite 2
 Charleston, West Virginia  25339               Wheeling, West Virginia  26003
 Email:          arobey@hfdrlaw.com             Telephone:    614.461.5881
                 rdonovan@hfdrlaw.com           Facsimile:    614.223-9300
                                                Email:        jblalock@beneschlaw.com

 _Attorneys for Plaintiff_
                                                David M. Krueger (OH 0085072) (_Pro hac
                                                vice forthcoming_)

John N. Dagon (OH 0098128) (*Pro hac vice forthcoming*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:    216.363.4500
Facsimile:    216.363.4588
Email:        dkrueger@beneschlaw.com
              jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law Group, LLC*


/s/ R. Edison Hill
R. Edison Hill (WV 1734)
Hill Peterson Carper Bee & Deitzler, PLLC
North Gate Business Park
Charleston, West Virginia  25311

*Attorney for Defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

**DIANA MEY, individually and on behalf
of a proposed class,**

                           **Plaintiff,**

**v.**                                                 **Civil Action No. 5:23-cv-46
                                                       Judge John P. Bailey**

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY P.A.; PRINCIPAL
LAW GROUP, LLC;  MCM SERVICES
GROUP LLC; AND JOHN DOE
DEFENDANTS 1-5,**

                           **Defendants.**

## CERTIFICATE OF SERVICE

I, Joseph R. Blalock, counsel for Defendant Principal Law Group, LLC, do hereby certify

on this 4th day of May, 2023, a true and correct copy of the foregoing "**JOINT STIPULATION**"

was electronically filed with the Clerk of Court using the CM/ECF system, which will send

information of such filing to the following party:

Andrew C. Robey (WV 12806)
Ryan M. Donovan (WV 1160)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, West Virginia  25339
Email:        arobey@hfdrlaw.com
              rdonovan@hfdrlaw.com

*Attorneys for Plaintiff*

R. Edison Hill (WV 1734)
Hill Peterson Carper Bee & Deitzler, PLLC
North Gate Business Park
Charleston, West Virginia  25311

22784097 v2

*Attorney for Defendant Levin, Papantonio,*
*Rafferty, Proctor, Buchanan, O'Brien,*
*Barr & Mougey P.A.*

/s/ Joseph R. Blalock
Joseph R. Blalock (WV 12090)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
44 15th Street, Suite 2
Wheeling, West Virginia  26003
Telephone:    614.461.5881
Facsimile:    614.223-9300
Email:          jblalock@beneschlaw.com

David M. Krueger (OH 0085072) (*Pro hac*
*vice forthcoming*)
John N. Dagon (OH 0098128) (*Pro hac vice*
*forthcoming*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:    216.363.4500
Facsimile:    216.363.4588
Email:          dkrueger@beneschlaw.com
                    jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law*
*Group, LLC*

22784097 v2