# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

DIANA MEY, individually and on behalf
of a proposed class,

              **Plaintiff,**

v.                                                                  Civil Action No. 5:23-cv-46
                                                                    Judge John P. Bailey

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY P.A.; PRINCIPAL
LAW GROUP, LLC;  MCM SERVICES
GROUP LLC; AND JOHN DOE
DEFENDANTS 1-5,

              **Defendants.**

## DEFENDANT PRINCIPAL LAW GROUP, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Principal Law Group, LLC ("PLG"), respectfully moves this Honorable Court to dismiss Plaintiff, Diana Mey's claims against PLG under Federal Rule of Civil Procedure 12(b)(2).  As set forth in more detail in the accompanying Memorandum in Support, dismissal of Plaintiff's claims against PLG is warranted because this judicial district lacks personal jurisdiction over PLG. PLG did not initiate, direct, or control the potentially actionable calls to Plaintiff, and did not otherwise avail itself to jurisdiction in West Virginia.

Accordingly, Plaintiff's Complaint filed against PLG should be dismissed. PLG is filing an accompanying Memorandum in Support of this Motion, which is incorporated herein by reference.

22813150 v1

Respectfully submitted,

/s/ Joseph R. Blalock
Joseph R. Blalock (WV 12090)
Benesch, Friedlander, Coplan & Aronoff LLP
44 15th Street, Suite 2
Wheeling, West Virginia  26003
Telephone: 614.461.5881
Facsimile: 614.223-9300
Email: jblalock@beneschlaw.com

David M. Krueger (OH 0085072) (*Pro hac vice*)
John N. Dagon (OH 0098128) (*Pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com
jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law Group, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY, individually and on behalf of a proposed class,**

      **Plaintiff,**

v.

**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.; PRINCIPAL LAW GROUP, LLC; MCM SERVICES GROUP LLC; AND JOHN DOE DEFENDANTS 1-5,**

      **Defendants.**

Civil Action No. 5:23-cv-46
Judge John P. Bailey

## CERTIFICATE OF SERVICE

I, Joseph R. Blalock, counsel for Defendant Principal Law Group, LLC, do hereby certify on this 25th day of May, 2023, a true and correct copy of the foregoing "**MOTION TO DISMISS**" was electronically filed with the Clerk of Court using the CM/ECF system, which will send information of such filing to all counsel of record.

      */s/ Joseph R. Blalock*
      Joseph R. Blalock (WV 12090)
      Benesch, Friedlander, Coplan & Aronoff LLP
      44 15th Street, Suite 2
      Wheeling, West Virginia  26003
      Telephone:     614.461.5881
      Facsimile:     614.223-9300
      Email:          jblalock@beneschlaw.com

      David M. Krueger (OH 0085072) (*Pro hac vice*)
      John N. Dagon (OH 0098128) (*Pro hac vice*)
      Benesch, Friedlander, Coplan & Aronoff LLP
      200 Public Square, Suite 2300

Cleveland, Ohio  44114
Telephone:	216.363.4500
Facsimile:	216.363.4588
Email:	dkrueger@beneschlaw.com
	jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law Group, LLC*

22813150 v1