IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                                          Civil Action No. 5:23-cv-46

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR, & MOUGEY P.A., et al.

    Defendants.

## DECLARATION

I, Diana Mey, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. On January 24, 2023 at 11:24 a.m., I received a phone call from 304-242-2040 to my phone number at 304-242-XXXX ("Call 1").

2. Call 1 was subsequently transcribed by a third-party vendor, a copy of which is attached as Exhibit B to *Plaintiff's Response in Opposition to Defendant Principal Law Group, LLC's Motion to Dismiss* and *Plaintiff's Response in Opposition to Defendant Levin Law's Motion to Dismiss*.

3. On January 24, 2023 at 11:30 a.m., I received a phone call from 818-691-7969 to my phone number at 304-242-XXXX ("Call 2").

4. Call 2 was subsequently transcribed by a third-party vendor, a copy of which is attached as Exhibit C to *Plaintiff's Response in Opposition to Defendant*

*Principal Law Group, LLC's Motion to Dismiss* and *Plaintiff's Response in Opposition to Defendant Levin Law's Motion to Dismiss.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/15/23
Date

Diana Mey