This transcript was exported on Feb 11, 2023 - view latest version here.

1.24.23 at 11.24 a.m. from 304.242.2040 to 304.242.4327

Diana Mey:

Hello?

Jeff Hopkins:

Hi.

Diana Mey:

Hello.

Jeff Hopkins:

Yes, this is Jeff Hopkins and I'm calling you on behalf of Camp Lejeune. How are you doing today?

Diana Mey:

I'm doing good.

Jeff Hopkins:

Good to know. May God bless you. Well this call is about water contaminent cash settlement for US Marines. So did you or anyone in your household ever serve in US Marines or stationed at Camp Lejeune?

Diana Mey:

Yes.

Jeff Hopkins:

So you and anyone in your family member, ma'am?

Diana Mey:

My husband was in the Marines and I was also at Camp Lejeune with him.

Jeff Hopkins:

Oh, okay. So there is a good news for you. Let me tell you the reason of my call, okay. Actually, ma'am, because you were at Camp Lejeune, so you know there was water contaminant problem in 1953 to 1987.

Diana Mey:

I heard something about it.

Jeff Hopkins:

Yep. So lot of people got cancer, health condition like skin cancer, some kind of other cancer as well. And also some people passed away. So finally, government is helping those people and providing cash

This transcript was exported on Feb 11, 2023 - view latest version here.

settlement money for those people who were at Camp Lejeune who got sick or any health condition and those who passed away. So by any chance, are you facing any health condition in the last 20 years?

Diana Mey:

Yes.

Jeff Hopkins:

So what kind of health condition did you have, ma'am?

Diana Mey:

Well, I had uterine cancer.

Jeff Hopkins:

Uterine cancer. And what about your husband, ma'am?

Diana Mey:

He had skin cancer.

Jeff Hopkins:

He had skin cancer. And he also lives with you?

Diana Mey:

Yes.

Jeff Hopkins:

So it means, ma'am, that you are qualified to get cash settlement. So he got skin cancer and you got uterine cancer. Okay, let me check here. What's your zip code, ma'am?

Diana Mey:

26003.

Jeff Hopkins:

003. Okay. 26003. Overbrook West Virginia?

Diana Mey:

It's Wheeling, West Virginia.

Jeff Hopkins:

Wheeling, West Virginia. Okay, thank you for the information.

Diana Mey:

Who are you with again?

This transcript was exported on Feb 11, 2023 - view latest version here.

Jeff Hopkins:

We are calling on behalf of Camp Lejeune, ma'am, we work with law firms so who are handling this case to providing cash settlement from behalf of government. Okay. So ma'am, which year you was at Camp Lejeune? When you was at Camp Lejeune?

Diana Mey:

From 1978 until 1980.

Jeff Hopkins:

1978 to 1980.

Diana Mey:

Actually to 1981 now that I think about it.

Jeff Hopkins:

Okay, not a problem. This mean that you're perfectly qualified to get cash settlement.

Diana Mey:

I am?

Jeff Hopkins:

Okay, that's fine. Yes. You and also your husband, ma'am. He also got skin cancer and your husband was a Marine at Camp Lejeune?

Diana Mey:

Yes.

Jeff Hopkins:

This means that you was a family member of marine, right?

Diana Mey:

Right.

Jeff Hopkins:

Okay, give me one second. I'm speaking with Ms. Faith...

Diana Mey:

What law firm did you say?

Jeff Hopkins:

Am I speaking with Ms. Faith M. Hicks, is that correct?

Diana Mey:

This transcript was exported on Feb 11, 2023 - view latest version here.

No, Diana Mey.

Jeff Hopkins:

Diana, give me one... Let me check here. Okay, Diana. Okay, I got you. I got you. So ma'am, do you have any special lawyer, any attorney who is working for you to provide this cash settlement?

Diana Mey:

An attorney? No.

Jeff Hopkins:

Okay. So this means that you are perfectly qualified. Let me ask you, ma'am, what we do. Actually we will provide you all the information. Also, we'll send you information email at your address as well. You can read out all the information, submit your details, send back to one of my specialist lawyers. So they're going to help you to claim a file for you and they will let you know when you will get your cash settlement, how much it will take time and how much will you get. Okay.

Diana Mey:

What is the law firm?

Jeff Hopkins:

So ma'am we work with different law firm here. We work with different attorneys here. Okay?

Diana Mey:

Okay.

Jeff Hopkins:

So ma'am, is this best number to call you back? (304) 242-4327?

Diana Mey:

Yes. Is the attorney going to call me back? Is that...

Jeff Hopkins:

No, no. Yeah, when they send you some paperwork and all the details, they definitely need your number. That's the reason I asked you.

Diana Mey:

Yes. Okay. All right.

Jeff Hopkins:

So by any chance, ma'am, do you use any kind of emails like Yahoo, Gmail? We can also send you in an email as well information?

Diana Mey:

This transcript was exported on Feb 11, 2023 - view latest version here.

Yes.

Jeff Hopkins:

Okay, just bear with me. Let me check here. So what's your email, ma'am?

Diana Mey:

It's my name separated by the underscore mark, D-I-A-N-A, underscore, M-E-Y @comcast.net.

Jeff Hopkins:

Okay. Comcast... Comcast.net. Okay. Just bear with me and let me check here. It's Comcast.net. Okay. Yes. Bear with me. And your zip code is 26003, correct?

Diana Mey:

Oh, hello?

Jeff Hopkins:

Yes, I am here, ma'am.

Diana Mey:

Hello?

Jeff Hopkins:

Your phone is...