This transcript was exported on Feb 11, 2023 - view latest version here.

1.24.23 at 11.30 a.m. from 818.691.7969 to 304.242.4327

Diana Mey:

Hello?

Jeff Hopkins:

Yes Ma'am. The call got disconnected. I think something wrong with your phone, right?

Diana Mey:

Sounds like it. Yeah. I heard a couple beeps and it disconnected.

Jeff Hopkins:

Yep. Comcast.net. Okay. Your first name is Dianna. D-I-A-N-N-A, right?

Diana Mey:

One N, not 2.

Jeff Hopkins:

One N, not two. How do you spell your last name, Ma'am?

Diana Mey:

M-E-Y.

Jeff Hopkins:

Mm-hmm. It's a nice name, by the way. Okay. Explain that, Ma'am, and I fill you all the detail here. Okay? To provide you case, Ma'am. And your family member a Marine. Okay.

Diana Mey:

You're going to email me, is that what you said?

Jeff Hopkins:

No, no. Right now, Ma'am, I will connect your call one of my attorney. Okay? They going to provide you all the information. They will send you some paperwork and they will also send you all the information email as well. Okay? So you told me what kind of cancer you got, Ma'am?

Diana Mey:

Uterine.

Jeff Hopkins:

Uterine. Just bear with me, let me check here. Okay. Okay. Uterine. Uterine, okay, not a problem. And your husband got skin cancer, right?

Diana Mey:

This transcript was exported on Feb 11, 2023 - view latest version here.

Right.

Jeff Hopkins:

Did you went for treatment? Did you went for treatment to Wheeling Hospital, ma'am?

Diana Mey:

Yes.

Jeff Hopkins:

Oh, this mean that you're perfectly qualified. Okay. And, Ma'am, the last question on my side. When you diagnosed for skin cancer, when the doctor told you that you got cancer, do you know the year?

Diana Mey:

It was my husband. It was about five years ago.

Jeff Hopkins:

Five, in, like, 2018 or 17, correct?

Diana Mey:

Right.

Jeff Hopkins:

Okay. Okay, I put here 2018. Ma'am I fill you out the detail here. It means that you, and by the way, how was your Christmas Ma'am?

Diana Mey:

It was good, but you just cut out again. Are you on a good line?

Jeff Hopkins:

Yes, I am on good line. Maybe something wrong with your side, ma'am.

Diana Mey:

I don't think so, but okay, I can hear you fine now.

Jeff Hopkins:

Okay, so let me tell you and the most, the last one thing from my side, Ma'am, because one of my attorneys send you all the detail as well, our paperwork as well. You told me your zip code is 26003. What's your address there, Ma'am?

Diana Mey:

14 Applewood Drive.

Jeff Hopkins:

This transcript was exported on Feb 11, 2023 - view latest version here.

14 Applewood Drive, right?

Diana Mey:

Right.

Jeff Hopkins:

Okay. Applewood Drive. Okay, thanks for your time. It's like only 14 Applewood Drive, correct?

Diana Mey:

Right.

Jeff Hopkins:

Okay, thanks for your confirmation. I fill you all the detail here. I do not want to take too much time here. I do have one of my specialists, one my attorney specialist guy who's online with me. They going to provide you all the information in detail. They will send you all the information in email as well. Okay?

Diana Mey:

Okay.

Jeff Hopkins:

You can read out that and you can fill out and send back to them. Ma'am, I will connect your call. After that, they're going to help you to provide you all the information and they're going to help you to claim a file for you. Okay?

Diana Mey:

Okay.

Jeff Hopkins:

Before I connect you with the one of my attorney, Ma'am, I just need to read out some discharge, some disclaimer just to get your permission. You only giving permission to saying yes. I will connect your call right now. Okay?

Diana Mey:

Okay.

Jeff Hopkins:

Ma'am, do we have your permission to transfer, to submit your details against our law firm to handling this case?

Diana Mey:

To what?

Jeff Hopkins:

This transcript was exported on Feb 11, 2023 - view latest version here.

I said, do we have your permission to submit your details-

Diana Mey:

Yes.

Jeff Hopkins:

-Against our law firm to handling. Okay, thank you so much. The last thing from my side, Ma'am, you also give me permission. Ma'am, before I transfer your call to one of my specialists, one of my attorney, I just need to confirm that, do we have your permission to transfer this call to one of my attorney?

Diana Mey:

Yeah.

Jeff Hopkins:

Even if your number is listed in the state of any do not call list and you agree to [inaudible 00:04:10] compliance onwards. With your permission, Ma'am, can I transfer your call?

Diana Mey:

Yes.

Jeff Hopkins:

Okay, thank you so much. Ma'am, when they pick up the call, first of all I will introduce you to one of my attorney. I will tell them that I have Miss Diana on the line and her husband was at Camp Lejeune. They both was at Camp Lejeune. They got cancer after that. They will handle, take out this call and you have to provide them all the information. They're going to provide you all the information detail as well according cash settlement. Okay?

Diana Mey:

Okay.

Jeff Hopkins:

So just wait with me. Let me check here. give me your first name is Diana. What about your husband, Ma'am? What's your husband's name?

Diana Mey:

Mark.

Jeff Hopkins:

Okay, and what's his last name?

Diana Mey:

Mey.

Jeff Hopkins:

This transcript was exported on Feb 11, 2023 - view latest version here.

Mey. Okay. Mark Mey. Okay. You were at Camp Lejeune, 1978 to 1980, right?

Diana Mey:

I think it was '81.

Jeff Hopkins:

'81. Okay. Okay, not a problem. I got you. Thanks. By the way, how's the weather today, Ma'am?

Diana Mey:

It's cold. In the 30s. What's it where you are?

Jeff Hopkins:

I am in Miami, Florida, Ma'am.

Diana Mey:

Oh, I'm jealous.

Jeff Hopkins:

Weather is not very cold and it's nice weather here.

Diana Mey:

Yes, it's snow on the ground here.

Jeff Hopkins:

Yep. Ma'am, by the way, you live there at Camp Lejeune in a barracks, a family unit housing?

Diana Mey:

Base housing.

Jeff Hopkins:

Base housing.

Diana Mey:

Mm-hmm.

Jeff Hopkins:

Okay. I got you. Right now, Ma'am, I am connecting your call here. Okay?

Diana Mey:

Mm-hmm.

Jeff Hopkins:

This transcript was exported on Feb 11, 2023 - view latest version here.

You have to stay with me online. Your patience. While I connecting your call there will be some beep. You may hear silence, but you have to stay with me, okay?

Diana Mey:

Okay.

Jeff Hopkins:

Your patience will be highly appreciated. So just bear with me. Okay. Let me connect your call here. Okay. Here we go, Ma'am. You are on the line. Okay. By the way, right now you're leaving-

Dwaine Gunther:

Principal Law Group. This is Dwaine.

Jeff Hopkins:

Yes sir. This is Jeff Hopkins and I have Miss Diana Mey on the line. She's in the state of West Virginia and she was at Camp Lejeune. Also, her husband was at Camp Lejeune in 1978 to 1981. She got uterine cancer and her husband got skin cancer. Can you please take over the call from here?

Dwaine Gunther:

Thank you very much.

Jeff Hopkins:

Thank you.

Dwaine Gunther:

Hello, this is Dwaine, at Principal Law Group.

Diana Mey:

Hi, this is Diana.

Dwaine Gunther:

Hey Diana. Diana, would you mind if I... It won't be longer than one minute. Can I put you on hold real quick?

Diana Mey:

Sure.

Dwaine Gunther:

May I?

Diana Mey:

Yeah.

This transcript was exported on Feb 11, 2023 - view latest version here.

Dwaine Gunther:

A minute is the most. I want to save what I had in front of me really quick so I don't lose what I was doing the last five or 10 minutes. They transfer the calls in without us knowing, which is fantastic, though. I'm sorry to not respect your time like this. I really am.

Diana Mey:

It's all right.

Dwaine Gunther:

Thank you.

Diana Mey:

Excuse me.

Dwaine Gunther:

Your last name, again, is?

Diana Mey:

Mey.

Dwaine Gunther:

May. Okay. Just like the month?

Diana Mey:

Nope, it's M-E-Y.

Dwaine Gunther:

Oh, no kidding.

Diana Mey:

Uh-huh.

Dwaine Gunther:

That's unique. I don't know if I've ever come across a Mey, M-E-Y. You're original, right?

Diana Mey:

I guess.

Dwaine Gunther:

All right. Just so you're aware, Diana, we have to make sure it's okay with you. These calls are recorded for quality assurance purposes. I just have to make you aware of that and make sure that's okay.

Diana Mey:

This transcript was exported on Feb 11, 2023 - view latest version here.

That's okay.

Dwaine Gunther:

Sounds good. He did send it through here. You're in West Virginia. Is that correct?

Diana Mey:

I am.

Dwaine Gunther:

All right. We are speaking on... actually, they did not list the name of the person. Who was at Camp Lejeune?

Diana Mey:

My husband and I were both there.

Dwaine Gunther:

You were both there. Okay.

Diana Mey:

I was the spouse.

Dwaine Gunther:

Give me one second.

Diana Mey:

He was-

Dwaine Gunther:

You two were already married at the time when he was stationed there?

Diana Mey:

Yes.

Dwaine Gunther:

Okay. Diana, can you hear me okay if I'm on speakerphone?

Diana Mey:

Yeah.

Dwaine Gunther:

All right. Good. I had to free up my hands. My headset wasn't working, so I hung up the handset and, hopefully, this works out good for us. You know, I'm a guy. I don't multitask that well, so I definitely can't

This transcript was exported on Feb 11, 2023 - view latest version here.

type when I'm holding a phone also. Where in West Virginia are you? I see a zip code of 26003. Is it Over Brook, West Virginia?

Diana Mey:

No, it's Wheeling.

Dwaine Gunther:

Oh, Wheeling, okay. I drove through there a couple months ago. Wheeling is just like a wheel with I-N-G on the end, right?

Diana Mey:

Correct.

Dwaine Gunther:

All right.

Diana Mey:

What law firm did you say you were with?

Dwaine Gunther:

I'm with a group called Principal Law Group. We do not handle these cases on our own. For that matter, from what I've learned in the half year I've been doing these intake calls for Camp Lejeune, all law firms, basically, no matter who anybody signs with, there's always going to be a couple working on it just because of the size of this lawsuit and the amount of people that the law firms have to deal with is a little unusual.

Diana Mey:

Oh, I was going to say, I wondered if they were in West Virginia. You said you drove through here?

Dwaine Gunther:

No, I actually am in Maryland.

Diana Mey:

Oh, okay.

Dwaine Gunther:

There's a couple times where I do something on the side that has me driving more miles than anybody could comprehend.

Diana Mey:

70 goes right through here, so that's not surprising.

Dwaine Gunther:

This transcript was exported on Feb 11, 2023 - view latest version here.

I've driven through Wheeling a couple times. Exactly right. Yeah. I could see the signs for Wheeling all over the place when I was in that neck of the woods.

Diana Mey:

Yeah. Yeah.

Dwaine Gunther:

Answer me this, Diana. You two what year were you in... Well, let me ask you this. When is your date of birth?

Diana Mey:

March 19th, 1959.

Dwaine Gunther:

March 19th, 1959. Your husband's name. They did not pass that through here.

Diana Mey:

Mark.

Dwaine Gunther:

What is his name?

Diana Mey:

M-A-R-K.

Dwaine Gunther:

M-A-R-K. And then Mark Mey. All right. Regardless of what the answer is, this question, I'm never good at it. I always find it awkward to ask, but is Mark still with us?

Diana Mey:

Yes.

Dwaine Gunther:

Okay. I'm sure, with the nature of the calls that I'm on every day, you understand why I'm asking this.

Diana Mey:

Oh, sure.

Dwaine Gunther:

We're talking about a timeframe that's so long ago.

Diana Mey:

Sure.

This transcript was exported on Feb 11, 2023 - view latest version here.

Dwaine Gunther:

It's about 50-50. I would say one out of every two calls that I'm on is talking about someone that is deceased, unfortunately.

Diana Mey:

Yeah.

Dwaine Gunther:

In what year were you... I think I've already asked you and my hands weren't moving quick enough. When were the two of you at Camp Lejeune together?

Diana Mey:

He was there for a year before I was. We got married in October of '78 and I spent the next two years there. So he was three and I was there two.

Dwaine Gunther:

October '78 you were married.

Diana Mey:

Mm-hmm.

Dwaine Gunther:

The next two years, you were still at Camp Lejeune and he already had a year on you.

Diana Mey:

Right.

Dwaine Gunther:

All right. When you guys were living there together, was that on base or off base housing? I'm assuming you weren't... I don't think they put any kind of families in any kind of barracks. That would be a little unusual.

Diana Mey:

Mm-hmm.

Dwaine Gunther:

Do you remember anything about where you lived on base or off base?

Diana Mey:

It was-

Dwaine Gunther:

I can't believe I'm even asking the question. I normally don't even ask.

This transcript was exported on Feb 11, 2023 - view latest version here.

Diana Mey:

It was Tarawa Terrace. T-A-R-A-W-A.

Dwaine Gunther:

Oh, no kidding?

Diana Mey:

What's that?

Dwaine Gunther:

That's one of the selections that we have to ask everybody about. Let me just find that in the dropdown. And of course, you guys bathed there, used the water for drinking. I don't have to ask that question because you were there so long. I know you did all of the above there on those questions.

There's Tarawa Terrace. I finally found it. When was Mark's date of birth?

Diana Mey:

April 23rd, 1959.

Dwaine Gunther:

All right. What were you guys? High school sweethearts?

Diana Mey:

Absolutely.

Dwaine Gunther:

Same year?

Diana Mey:

Yep. We graduated high school in '77 and got married in '78.

Dwaine Gunther:

I always put two and two together pretty good. I did pretty good there, didn't I? That was pretty simple, though. I shouldn't pat myself on the back too hard.

Diana Mey:

Yep. We got married at 19.

Dwaine Gunther:

That's excellent. Times have changed. That was a common thing then, and now it's not so common.

Diana Mey:

Yeah. That's for sure.

This transcript was exported on Feb 11, 2023 - view latest version here.

Dwaine Gunther:

Actually, I don't even think you could use that word for it. It's far from common these days.

Diana Mey:

Yeah. Right.

Dwaine Gunther:

Let me ask you something in reference to this. How familiar are you with what has been going on? Basically, it all started in August of last year when they did the Camp Lejeune Justice Act.

Diana Mey:

Okay.

Dwaine Gunther:

The Camp Lejeune Justice Act, basically, allowed everybody until the end of 2024 to submit a claim. There's no statute of limitations, and this goes back so far, the requirement is being at Camp Lejeune anytime between 1953 and 1987.

Diana Mey:

1953? Wow.

Dwaine Gunther:

Of course, you guys got that covered. You were there. Yeah. That's how long this water contamination went on for.

Diana Mey:

Holy cow.

Dwaine Gunther:

It's kind of a scary story to even discuss. It was going on for a long time, and unfortunately, covered up for a long time.

Diana Mey:

Mm-hmm.

Dwaine Gunther:

It almost sounds like a bad movie. You know what I mean?

Diana Mey:

Mm-hmm.

Dwaine Gunther:

This transcript was exported on Feb 11, 2023 - view latest version here.

It's unfortunate this is a real life story and not something like you would see in, I don't know if you've ever heard of a movie called Erin Brockovich?

Diana Mey:

Oh yeah.

Dwaine Gunther:

It's very similar.

Diana Mey:

Yeah. Yeah, I sure did.

Dwaine Gunther:

You do know that movie also?

Diana Mey:

Yeah. Yeah. Pretty cool.

Dwaine Gunther:

Well, they're different in many ways, but the big similarity is the covering it up. That's why I jokingly said a few minutes ago, it's almost like a bad movie.

Diana Mey:

Yeah.

Dwaine Gunther:

Erin Brockovich was actually a pretty good movie, very informative. Obviously, with the amount of, I hate to use the word good news in this equation, but in comparison to the other calls that we're on, yours is better than most simply because there's no concern with proving that you guys were there.

Diana Mey:

Yeah.

Dwaine Gunther:

A lot of times we're speaking to a family member who is speaking on somebody that's deceased. That family member is also way up there in age. If they don't have any military documents laying around, like a DD214 form is a good summary of where somebody's been, it's hard to prove.

Diana Mey:

We have that. He saved that.

Dwaine Gunther:

This transcript was exported on Feb 11, 2023 - view latest version here.

With the two of you living together in military housing like Tarawa Terrace, and the amount of time that you're there, and it sounds like he was actually stationed there rather than being stationed somewhere else and then he went there for training. The ones that are stationed there for such a long period of time, it's just a no-brainer. It's very easy to prove that they were there. The only second part of this lawsuit is matching up a medical diagnosis, whatever ailment or disease that someone's been diagnosed with, seeing if it matches up with the long list of payable causes that they've put together. In that regard, are we speaking about Mark, or yourself or who would have the medical problems that would bring us on this phone call together?

Diana Mey:

The other guy that I talked to, I forget what his name was. He had asked me all those medical questions. You don't have that information?

Dwaine Gunther:

Let me see if he- When I began the phone call, I should have reiterated something because it's unfortunate, but we have to be a little repetitive since law firms aren't allowed to, by law, a law office cannot make cold calls. We can't just call someone and solicit information from them.

Diana Mey:

I gotcha. Who was that other guy with?

Dwaine Gunther:

So the person you spoke with that transferred you over?

Diana Mey:

Yeah, yeah.

Dwaine Gunther:

They are with one of several marketing companies. Every time, for example, that you see a commercial, even though some of the commercials might say it's from a law firm-

Diana Mey:

Yeah.

Dwaine Gunther:

-There are marketing companies that do it.

Diana Mey:

Oh, so the law firm hires a marketing company?

Dwaine Gunther:

The law firms rely on the marketing... Well, I guess you're, basically, committing to whatever they charge per lead. They're, basically, a contractor for a law firm.

This transcript was exported on Feb 11, 2023 - view latest version here.

Diana Mey:

I gotcha.

Dwaine Gunther:

You're agreeing on X amount of leads per X amount over a course of X amount of time. But me, I'm not a lawyer, I'm a paralegal. I simply do all the intake calls for these. And if someone checks the right boxes with being at Camp Lejeune and having medical background information that matches up with what they're paying out on, then I'm allowed to submit it as a claim.

Diana Mey:

I gotcha. I gotcha. Okay.

Dwaine Gunther:

When you were discussing the medical background with the marketing guy, what did you guys discuss? Was it pretty detailed? Is that why you were not wanting to go back?

Diana Mey:

Well I just thought he was with you guys were with the same company, the same law firm. So that's all I asked.

Dwaine Gunther:

Yeah. If he gave you that impression, because these calls are recorded, like I said, so if he gave you that impression, he really should not have.

Diana Mey:

Actually, he said he was going to transfer me to an attorney.

Dwaine Gunther:

You sure he didn't just say attorney's office?

Diana Mey:

Maybe. I thought he said an attorney. Anyhow, I told him.

Dwaine Gunther:

I'm glad-

Diana Mey:

I told him I had uterine cancer and my husband had skin cancer.

Dwaine Gunther:

Okay. Hold on one second.

This transcript was exported on Feb 11, 2023 - view latest version here.

He didn't put none of that down, so here he is talking away and he is not putting down the notes that he should be. All right. All right. I didn't have to check on the skin. Both the uterine and the skin, they both are on the payable cause list.

Diana Mey:
Oh.

Dwaine Gunther:
Let me ask you, let's just keep it really simple. As far as your diagnosis, when did you first learn of your cancer diagnosis?

Diana Mey:
It was in the, I think, the middle 1990s.

Dwaine Gunther:
I need-

Diana Mey:
Hello? You're cutting out.

Dwaine Gunther:
Can you hear me better now?

Diana Mey:
Yeah.

Dwaine Gunther:
Can you hear me better now?

Diana Mey:
Yes, I can.

Dwaine Gunther:
Okay, good. Sorry about that.

Diana Mey:
That's all right.

Dwaine Gunther:
You were originally diagnosed, we're talking at least 25, 30 years ago. What about the where part? Do you know where you went when you were originally diagnosed?

Diana Mey:

This transcript was exported on Feb 11, 2023 - view latest version here.

Yeah. Wheeling Hospital.

Dwaine Gunther:

Okay. Is that the name it goes by?

Diana Mey:

Yeah. Wheeling Hospital.

Dwaine Gunther:

Okay. That's right on Medical Park Road, Wheeling, West Virginia, it says.

Diana Mey:

Yes. That's it.

Dwaine Gunther:

All right. Have you been in remission? How's things been going since then?

Diana Mey:

I had a hysterectomy. I'm fine now.

Dwaine Gunther:

Okay, good. The skin cancer. Did Mark go to the same hospital?

Diana Mey:

Yes.

Dwaine Gunther:

Okay. Let me just get that information in there. All right. Sorry, I was moving a little slower than normally. My computer wasn't behaving too well. All right. Diana, as far as what's involved with these cases, just so you're aware, the Department of the Navy actually was funded by the federal government of over $6 billion of settlement money. In other words, when the attorneys in Camp Lejeune come up with an agreement on X amount of dollars for X amount of people, because each claim cannot be submitted individually. It's actually a good thing because there is power in numbers, so to speak, when you submit 500 to 1,000 claims together. That's, unfortunately, how it actually works with class action lawsuits this size.

The financial part, the money part, is what slows up a lot of class action lawsuits. This has already been furnished by the government, so the money's actually already sitting there. With you guys checking the right boxes with the medical records, and apparently, the Wheeling Hospital, from what I just saw online, they are still operating under the same health system for a long time. The medical records shouldn't be that hard to provide as well. These things can fall anywhere from 150 to 200 grand, low end to upwards of a million. Tier one cancer diagnosis, they estimate somewhere between 350 and 550 per claim.

Diana Mey:

This transcript was exported on Feb 11, 2023 - view latest version here.

Wow.

Dwaine Gunther:

Both of yours are considered. I know the uterine is. The skin sometimes is not considered tier one. I don't want to talk too in depth about that. Just so you know, people that have just a tooth decay or these skin botches without a cancer diagnosis, they're the ones that have received settlement offers at the low end of around 100 to 150.

Diana Mey:

Wow.

Dwaine Gunther:

These things are something that you definitely want to be glad that you didn't keep waiting longer to get the ball moving. That's all this office does is, we get the wheels off the ground, so to speak.

Diana Mey:

Okay.

Dwaine Gunther:

We take care of qualifying somebody, making sure we feel the information's accurate. When I submit this to our partner law firm, they won't even flinch at it. You won't have to worry about it getting accepted. My mom actually just went through the whole process with my father. My father passed away two and a half years ago. He was a Marine Corps Reserve guy, but he did it for six years. Six to eight weeks every year he went to Camp Lejeune for training. Even though he wasn't full-timer stationed there, he still spent tons of time there-

Diana Mey:

Right.

Dwaine Gunther:

-Six years straight. She just went through the whole process. She's only been into it, probably, about two and a half months, and she's already talking to LPR. They are three letters meaning L like Larry, P like Paul, R like Roscoe. LPR is a very large law firm that we colitigate these cases with. The only reason I proactively like to bring them up is because we've only been able to use their caseload for about the last two months, and we'd probably only be able to use them for another couple weeks before they no longer take any cases. Just because, a lot of law firms have already, I don't know what's the right way to word it, maybe bitten off more than they can chew and they don't want to overload themselves.

Diana Mey:

Well with that timeframe, I imagine it involves lot of people.

Dwaine Gunther:

It does. For example, the law office that I work for, there was only one person that does what I do half a year ago and now there's five of us.

This transcript was exported on Feb 11, 2023 - view latest version here.

Diana Mey:

Wow.

Dwaine Gunther:

That's just one law office that had to hire four more people to do the same job that they've always had one person do.

Diana Mey:

I see.

Dwaine Gunther:

Multiply that by however many law firms in this country are handling these cases, and you can see why there's a lot of expense involved up front. That's why all these cases are handled by a couple people. As a matter of fact, the paperwork that we put in our client's hands that they have to sign to retain us, it even shows the breakdown of how we're all compensated. My law office is actually the lowest person on the totem pole because we simply do all the beginning phases with the intake and getting the retainer signed. Even the 25% of the law office's take of the settlement money, because you keep 75, it even shows that my office gets 5% of that 25.

Diana Mey:

I see.

Dwaine Gunther:

That's how specific the paperwork is. The paperwork that I've mentioned once or twice, it's pretty simple. It's exactly what you would probably imagine that it's designed to accomplish. Number one, and the most obvious is, it gives us permission to submit these claims on your behalf and to represent these claims.

Diana Mey:

Okay.

Dwaine Gunther:

Number two, the same paperwork is giving us permission to pull the medical record, which is very important. Without pulling the medical records, you can't prove a case.

Diana Mey:

Yeah.

Dwaine Gunther:

All that happens over the next, maybe, after about 60 days. There's a lot of record gathering for a lot of people. You can very well get a settlement offer by the end of the year. That's how-

Diana Mey:

Really?

This transcript was exported on Feb 11, 2023 - view latest version here.

Dwaine Gunther:

-The government wants these things to move along a lot quicker than most class action lawsuits, not longer. My job is not to get anybody excited, not to make you count on any kind of large money coming in and budgeting for it, but since I know a couple family members and I've had a lot of clients have called me up and I have [inaudible 00:32:06] cases now, let's just say it's very [inaudible 00:32:11] for you to assume that this is going to go somewhere. A lot of people's cases, I hate to make it sound like law offices do a little cherry picking, but they're so overworked right now, if I submit an intake form that's not spotless and doesn't have a lot of the blanks filled in, they don't even take it.

Even though I don't know you and I get a chance to speak to somebody every day that has good information, and I hate to sound shallow like this, but the fact that you guys were born when you are... because a lot of times I'm on the phone with people that are born in the mid 1930s to early 1940s.

Diana Mey:

Wow.

Dwaine Gunther:

Some of them do way better than others with their memory and their record keeping. Some of them, it's very unfortunate, because they don't have any kind of recall of the information that we need. Military records are very solid when it comes to somebody that's stationed there for a while. But remember how a couple minutes ago I mentioned that my dad was in the Marine Corps reserves-

Diana Mey:

Yeah.

Dwaine Gunther:

-And he only went there for a little over a month every year? Some people like that, the record isn't reflected correctly. So once or twice every day, I'm on the phone with somebody, and unless they're a really good Hollywood actor, you can hear the disappointment in their voice. Because a lot of times, they do have a DD214 that was left behind by a loved one. Even though that person talked about their time at Camp Lejeune a lot, if the military record doesn't show it, it's harder for the attorneys to prove it.

Diana Mey:

Gotcha.

Dwaine Gunther:

With the nature of your time there, and like I said, him being stationed there, and you guys even being with Camp Lejeune housing, it's a lot easier. These are the cases that always move forward down the line. Furthermore, you do have a couple options here. I noticed that you have an email address handy.

Diana Mey:

Yeah. Yeah.

Dwaine Gunther:

This transcript was exported on Feb 11, 2023 - view latest version here.

It looks like your first name, last name, [inaudible 00:34:13] dot net.

Diana Mey:

Right.

Dwaine Gunther:

What kind of questions might you have? Do you have any kind of questions?

Diana Mey:

I'm shocked.

Dwaine Gunther:

Have I done an okay job explaining everything all right?

Diana Mey:

Yeah. Yeah. You're going to email me?

Dwaine Gunther:

Oh, you're a little forward about the money?

Diana Mey:

What is it?

Dwaine Gunther:

We have two options here. I can email. Have you ever signed your name electronically with your finger before?

Diana Mey:

Yeah, yeah.

Dwaine Gunther:

You've done DocuSign agreements before?

Diana Mey:

Yeah. Yeah.

Dwaine Gunther:

Okay. We have two options. We can either send an agreement to your email. I could even stay on the phone to make sure you receive it to see if you have any questions. Or a lot of times we work with a local notary in your area. Wheeling, being one of the bigger areas in West Virginia, we don't have to worry about there being a notary close to you, but they can actually bring the paperwork to your address as well. Whatever you find might work easier for you.

This transcript was exported on Feb 11, 2023 - view latest version here.

Diana Mey:

Email is fine, and I can show it to Mark and we can look it over together.

Dwaine Gunther:

Sounds good. I tell you what. I'm going to have to send two separate emails. Okay?

Diana Mey:

Mm-hmm.

Dwaine Gunther:

Only because there's two different claims here.

Diana Mey:

Okay.

Dwaine Gunther:

I might be able to attach them on the same one, but I'm going to have to build another profile since they just sent over one. I'm going to have to put together another one. Are you going to be available? Is this your home phone number or is this a mobile number?

Diana Mey:

It's home phone number.

Dwaine Gunther:

All right. Are you going to be available most of the day today? Are you going to be easy to be reached, or do you have any kind of errands to run?

Diana Mey:

I have to leave in about 45 minutes to go get some lab work done.

Dwaine Gunther:

Okay, and you'll be back later on in the afternoon?

Diana Mey:

Yeah. Yeah.

Dwaine Gunther:

All right. Sounds good. I just want to make sure you got everything okay and see if you have any questions when I do have it in front of you. I'll send two different emails. One for Diana Mey, one for Mark Mey.

Diana Mey:

Okay.

This transcript was exported on Feb 11, 2023 - view latest version here.

Dwaine Gunther:

We will just go from there. I really appreciate your time a lot.

Diana Mey:

Okay.

Dwaine Gunther:

Also, the number that, in case you have... I'll just put it on the email. I just remembered you were transferred to me and I did not call you.

Diana Mey:

Right.

Dwaine Gunther:

I was about to ask you if you saw the number on your phone that I called from, but I didn't call you. I'll touch base this afternoon. I'll make sure you have all my contact information when-

Speaker 4:

The service you're attempting to use has been restricted or is unavailable. Please contact customer care for assistance. Message ME 203, MA 65.

Diana Mey:

Hello? Hello? Huh.