IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY, individually and on behalf of a proposed class,**

      **Plaintiff,**

v.               Civil Action No. 5:23-cv-46
                 Judge John P. Bailey

**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.; PRINCIPAL LAW GROUP, LLC;  MCM SERVICES GROUP LLC; AND JOHN DOE DEFENDANTS 1-5,**

      **Defendants.**

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT PRINCIPAL LAW GROUP, LLC

Now comes Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") and respectfully moves this Court for permission to withdraw as counsel for Defendant Principal Law Group, LLC ("PLG") and to substitute Sutter O'Connell and Flaherty Sensabaugh & Bonasso PLLC (Sutter O'Connell and Flaherty Sensabaugh & Bonasso, together, "New Counsel") as PLG's counsel of record in place of Joseph R. Blalock, David M. Krueger, and John N. Dagon of Benesch (Blalock, Krueger, and Dagon, collectively, "Benesch").

New Counsel certifies that it has provided written notice of this substitution to PLG and that PLG has consented to Benesch's withdrawal and to substitution of New Counsel.  New Counsel also certifies that it has notified all parties of this substitution.

New Counsel have already filed notices of appearance in the above-captioned matter.  (*See* Doc. 34 (Notice of Appearance by James M. Popson of Sutter O'Connell), Doc. 35 (Notice of Appearance by Alonzo D. Washington of Flaherty Sensabaugh & Bonasso), and Doc. 36 (Motion

23057137 v1

for Leave to Appear Pro Hac Vice for Kevin W. Kita of Sutter O'Connell).) It is PLG's desire that New Counsel continue representing PLG, substituting for Benesch.

For the foregoing reasons, Attorneys Joseph R. Blalock, David M. Krueger, and John N. Dagon of Benesch respectfully move the Court for permission to withdraw as counsel of record for Defendant Principal Law Group, LLC, and to substitute James M. Popson and Kevin W. Kita of Sutter O'Connell) and Alonzo D. Washington of Flaherty Sensabaugh & Bonasso PLLC as new counsel.

Respectfully submitted,

/s/ Joseph R. Blalock
Joseph R. Blalock (WV 12090)
Benesch, Friedlander, Coplan & Aronoff LLP
44 15th Street, Suite 2
Wheeling, West Virginia  26003
Telephone:   614.461.5881
Facsimile:    614.223-9300
Email:         jblalock@beneschlaw.com

David M. Krueger (OH 0085072) (*Pro hac vice*)
John N. Dagon (OH 0098128) (*Pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
Telephone:   216.363.4500
Facsimile:    216.363.4588
Email:         dkrueger@beneschlaw.com
                   jdagon@beneschlaw.com

*Attorneys for Defendant Principal Law Group, LLC*

23057137 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY, individually and on behalf of a proposed class,**

       Plaintiff,

  v.          Civil Action No. 5:23-cv-46
                Judge John P. Bailey

**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.; PRINCIPAL LAW GROUP, LLC; MCM SERVICES GROUP LLC; AND JOHN DOE DEFENDANTS 1-5,**

       Defendants.

## CERTIFICATE OF SERVICE

  I, Joseph R. Blalock, counsel for Defendant Principal Law Group, LLC, do hereby certify on this 2nd day of August, 2023, a true and correct copy of the foregoing "**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT PRINCIPAL LAW GROUP, LLC**" was electronically filed with the Clerk of Court using the CM/ECF system, which will send information of such filing to all counsel of record.

                */s/ Joseph R. Blalock*
                Joseph R. Blalock (WV 12090)
                Benesch, Friedlander, Coplan & Aronoff LLP
                44 15th Street, Suite 2
                Wheeling, West Virginia  26003
                Telephone: 614.461.5881
                Facsimile: 614.223-9300
                Email:  jblalock@beneschlaw.com

                David M. Krueger (OH 0085072) (*Pro hac vice*)

23057137 v1

                John N. Dagon (OH 0098128) (*Pro hac vice*)
                Benesch, Friedlander, Coplan & Aronoff LLP
                200 Public Square, Suite 2300
                Cleveland, Ohio  44114
                Telephone:    216.363.4500
                Facsimile:     216.363.4588
                Email:          dkrueger@beneschlaw.com
                                        jdagon@beneschlaw.com

                *Attorneys for Defendant Principal Law Group, LLC*

23057137 v1