IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
—WHEELING DIVISION—

| | |
|---|---|
| DIANA MEY, individually and on behalf of a proposed class,<br><br>    Plaintiff,<br><br>v.<br><br>LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.; PRINCIPAL LAW GROUP, LLC; MCM SERVICES GROUP LLC; AND JOHN DOE DEFENDANTS 1-5.<br><br>    Defendants. | Civil Action No. 5:23-cv-00046-JPB |

**DECLARATION OF MARK PROCTOR IN SUPPORT OF DEFENDANT LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.'S MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Mark Proctor, declare as follows:

1. I am the Firm President at Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A ("Levin Law"). I have personal knowledge of the facts stated herein and if called upon to testify to those facts I could and would competently do so.

2. I have held the position of Firm President with Levin Law for 25 years. As Firm President, I am familiar with the legal matters our firm handles as well as our firm's processes and procedures for identifying and onboarding potential clients and receiving referrals in connection with the Camp Lejeune matters described below.

3. Levin Law is a law firm registered in the State of Florida. It maintains its principal place of business in Pensacola, Florida.

4. Levin Law represents plaintiffs who alleged they have been aggrieved in a wide range of disputes, including victims who allege they have been exposed to toxic chemicals and/or contaminated water in Camp Lejeune, a military base in North Carolina. Levin Law received referrals of Camp Lejeune cases from a variety of sources, including but not limited to, Principal Law Group ("PLG"), a law firm based in Maryland.

5. Upon information and belief, based on the allegations of the Amended Complaint, PLG hired third party "MCM Hustle" which made outbound telephone calls to potential Camp Lejeune victims. Levin Law did not know of, authorize, or approve the hiring of MCM Hustle. Levin Law did not hire MCM Hustle, did not contract with MCM Hustle, and did not instruct MCM Hustle to make outbound calls and/or did not instruct MCM Hustle to make outbound calls in connection with the Camp Lejeune cases or any other cases. Levin Law did not authorize, approve, direct or control the manner or the means of any telephonic outreach by MCM Hustle.

6. Levin Law has no relationship with MCM Hustle. In fact, Levin Law was unaware of MCM Hustle's existence or their telephonic outreach until this lawsuit was filed.

7. After this lawsuit was filed, Levin Law looked into the allegations of Plaintiff's Amended Complaint. Levin Law confirmed that it had not called Plaintiff's telephone number,

304-242-XXXX. Nor had Levin Law had any communications with Plaintiff or received any information about Plaintiff in connection with the Camp Lejeune cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 10, 2023, at Pensacola, FL.

_____
Mark Proctor