# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANE MEY,

**Plaintiff(s),**

v.

LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, & MOUGEY P.A.; PRINCIPAL LAW GROUP, LLC, ET AL.,

**Defendant(s).**

Civil NO: 5:23-cv-00046-JPB

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Kevin W. Kita, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 8-16-2023

_____
United States District Judge