IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.

                              Civil Action No. 5:23-cv-46

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR, & MOUGEY P.A., et al.

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on September 28, 2023, a true copy of *Plaintiff's First Set of Discovery Requests to Defendant Levin Law* was served upon all parties of record via U.S. Mail as follows:

| | |
|---|---|
| R. Edison Hill (WVSB #1734) | Christine M. Reilly (admitted pro hac vice) |
| HILL PETERSON CARPER BEE & | Cody A. DeCamp (admitted pro hac vice) |
| DEITZLER, PLLC | MANATT, PHELPS, & PHILLIPS, LLP |
| North Gate Business Park | 2049 Century Park East, Suite 1700 |
| Charleston, WV 25311 | Los Angeles, California 90067 |
| *Counsel for Defendant LPR* | *Counsel for Defendant LPR* |
| | |
| James M. Popson (WV #8843) | Bezalel A. Stern (admitted pro hac vice) |
| Kevin W. Kita (*pro hac vice*) | MANATT, PHELPS, & PHILLIPS, LLP |
| SUTTER O'CONNELL | 1050 Connecticut Ave. NW, Suite 600 |
| 3600 Erieview Tower | Washington, DC 20036 |
| 1301 East 9th Street | *Counsel for Defendant LPR* |
| Cleveland, Ohio 44114 | |
| *Counsel for Defendant Principal Law Group LLC* | |

                                        /s/ *Andrew C. Robey*