IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.

                                    Civil Action No. 5:23-cv-46

LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR, & MOUGEY P.A.;
PRINCIPAL LAW GROUP, LLC; MCM HUSTLE LLC;
and JOHN DOE DEFENDANTS 1-5

    Defendants.

### NOTICE OF ISSUANCE OF SUBPOENAS

Pursuant to Federal Rule of Civil Procedure 45, Plaintiff Diana Mey provides notice that she has issued Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises to the following parties: (i) AT&T, Inc., (ii) AT&T Southeast, (iii) T-Mobile USA, Inc.; (iv) Verizon; (v) Vonage Holdings Corp.; (vi) Nextiva, Inc.; and (vii) Peerless Network, Inc. Copies of the subpoenas (excluding attachments) are attached as exhibits. Copies of the subpoenas and their respective attachments will be served on all parties of record via email, facsimile, or hand delivery.

                                                      **DIANA MEY**

                                                      By Counsel

                                                      /s/Andrew C. Robey
                                                      Ryan M. Donovan (WVSB #11660)
                                                      Andrew C. Robey (WVSB #12806)
                                                      HISSAM FORMAN DONOVAN RITCHIE PLLC
                                                      P.O. Box 3983
                                                      Charleston, WV 25339
                                                      t: 681-265-3802
                                                      f: 304-982-8056

2

rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on October 18, 2023, a true copy of the foregoing document was served upon all parties of record via ECF notification.

/s/ *Andrew C. Robey*
Andrew C. Robey (WVSB #12806)