UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY, individually and on behalf
of a proposed class,

          Plaintiff,

v.                                    Civil Action No. 5:23-CV-46

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY P.A.; PRINCIPAL
LAW GROUP, LLC; JOHN DOE DEFENDANTS 1-5;
and MCM HUSTLE LLC,

          Defendants.

## CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT MCM HUSTLE LLC

On this 18th day of October 2023, the court records in the above-styled action indicate that the Amended Complaint was filed on July 27, 2023. It was served upon Defendant MCM Hustle LLC, on August 26, 2023. Defendant MCM Hustle, LLC has failed to respond within the time provided by the Federal Rules of Civil Procedure and the Plaintiff has filed with the Court a Request for Entry of Default by the Clerk. Therefore, pursuant to FED. R. CIV. P. 55(a), **DEFAULT** is entered against Defendant MCM Hustle, LLC, for failure to file a response within the time provided by the Federal Rules of Civil Procedure.

          DATED: October 18, 2023

                                                CHERYL DEAN RILEY,
                                                CLERK, U.S. DISTRICT COURT

                                                By: */s/ L.M. Murphy*
                                                     Deputy Clerk