IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | | |
|---|---|---|
| DIANA MEY, on behalf of herself and a class of others similarly situated, | ) ) ) | CASE NO. 5:23-cv-00046-JPB |
| | ) | JUDGE JOHN PRESTON BAILEY |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## <u>CERTIFICATE OF SERVICE</u>

Defendant, Principal Law Group LLC, by and through counsel, hereby certify that they propounded their First Set of Interrogatories and Requests for Production of Documents upon Plaintiff Diana Mey on November 10, 2023, by electronic mail with an editable format attached.

Respectfully submitted,

SUTTER O'CONNELL

*/s/ James M. Popson*
James M. Popson (WV #8843)
Kevin W. Kita (*admitted pro hac vice*)
3600 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
Phone: (216) 928-2200
Fax: (216) 928-4400
kkita@sutter-law.com
spullar@sutter-law.com

*Counsel for Principal Law Group LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November 2023, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ James M. Popson*
James M. Popson (WV #8843)