IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
—WHEELING DIVISION—

| | |
|---|---|
| DIANA MEY, individually and on behalf of a proposed class,<br><br>Plaintiff,<br><br>v.<br><br>LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.; PRINCIPAL LAW GROUP, LLC; MCM HUSTLE LLC; AND JOHN DOE DEFENDANTS 1-5.<br><br>Defendants. | Civil Action No. 5:23-cv-00046-JPB |

### DEFENDANT LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY P.A.'S NOTICE OF ISSUANCE OF SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45, Defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, & Mougey, P.A provides notice that it will be issuing a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises to Verisk Analytics, Inc. A copy of the subpoena is attached hereto.

This the 20th day of November, 2023

                              **HILL PETERSON CARPER BEE & DEITZLER, PLLC**

                              BY:    /s/ R. Edison Hill
                                        R. Edison Hill (WVSB 1734)
                                        North Gate Business Park
                                        500 Tracy Way
                                        Charleston, WV 25311
                                        Ph: 304-345-5667
                                        Fax: 304-345-1519
                                        Email: REHill@hpcbd.com

**MANATT, PHELPS & PHILLIPS, LLP**

BY: */s/ Bezalel A. Stern*
Christine M. Reilly (*admitted pro hac vice*)
Cody A. DeCamp (*admitted pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
CReilly@manatt.com
CDeCamp@manatt.com

Bezalel A. Stern (*admitted pro hac vice*)
1050 Connecticut Ave. NW, Suite 600
Washington, DC 20036
Telephone: 202.585.6500
BStern@manatt.com

*Attorneys for Defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

>Ryan M. Donovan (WVSB#1160)
>Andrew C. Robey (WVSB#12806)
>HISSAM FORMAN DONOVAN RITCHIE PLLC
>P.O. Box 3983
>Charleston, WV 25339
>rdonovan@hfdrlaw.com
>arobey@hfdrlaw.com
>
>*Counsel for Plaintiff*
>
>James M. Popson (WVSB #1734)
>Kevin W. Kita (*pro hac vice*)
>SUTTER O'CONNELL CO.
>3600 Erieview Tower
>1301 East 9th Street
>Cleveland, Ohio 44114
>
>*Counsel for Defendant Principal Law Group LLC*

This the 20th day of November, 2023.

>**HILL PETERSON CARPER BEE & DEITZLER, PLLC**
>
>BY: /s/ R. Edison Hill
>R. Edison Hill (WVSB 1734)
>North Gate Business Park
>500 Tracy Way
>Charleston, WV 25311
>Ph: 304-345-5667
>Fax: 304-345-1519
>Email: REHill@hpcbd.com