IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, individually and on behalf
of a proposed class,

      Plaintiff,

v.            Civil Action No. 5:23-CV-46
                Judge Bailey

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY P.A.; PRINCIPAL
LAW GROUP, LLC; JOHN DOE DEFENDANTS 1-5;**
and **MCM HUSTLE LLC,**

      Defendants.

## ORDER

For reasons appearing to this Court, the trial currently scheduled for Monday, December 9, 2024, at 9:00 a.m., in Wheeling, WV, is hereby **RESCHEDULED** and will begin on **Tuesday, December 10, 2024, at 9:00 a.m. in Wheeling, WV**. All other dates in the Scheduling Order [Doc. 69] remain in effect.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: November 29, 2023.

                _/s/ John Preston Bailey_
                **JOHN PRESTON BAILEY**
                **UNITED STATES DISTRICT JUDGE**