IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
—WHEELING DIVISION—

**DIANA MEY, individually
and on behalf of a proposed class,**

          Plaintiff,

v.                                                 Civil Action No. 5:23-CV-46

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR &
MOUGEY P.A.; PRINCIPAL LAW GROUP,
LLC; MCM SERVICES GROUP LLC: and
JOHN DOE DEFENDANTS 1-5.**

          Defendants.

## JOINT STIPULATION AND REQUEST FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Diana Mey, Defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mouguey P.A., and Defendant Principal Law Group, LLP (collectively, the "Parties") request that the Court enter the Stipulated Protective Order below. The Parties have consulted and agreed on the terms of the Stipulated Protective Order attached hereto, which conforms to the Model Protective Order adopted by the District Court for the Northern District of West Virginia. The Parties seek entry of this stipulated protective order to protect confidential and proprietary information that may be produced in discovery, and provide guidelines for the Parties to send, receive, and handle such materials, during and after this litigation. As entry of this order will preclude future disputes, it will promote judicial economy.

WHEREFORE, the Parties request that the Court enter the Stipulated Protective Order attached to this request as **Exhibit A**.

Jointly submitted by:

/s/ R. Edison Hill
R. Edison Hill (WVSB #1734)
HILL PETERSON CARPER BEE &
DEITZLER, PLLC
500 Tracy Way
Charleston, WV 25311
*Counsel for Defendant LPR*

/s/ Andrew C. Robey
Ryan M. Donovan (WVSB#1160)
Andrew C. Robey (WVSB#12806)
HISSAM FORMAN DONOVAN RITCHIE PLLC
PO Box 3983
Charleston, WV 25339
*Counsel for Plaintiff*

/s/ Kevin W. Kita
Kevin W. Kita (*admitted pro hac vice*)
SUTTER O'CONNELL
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114
*Counsel for Defendant PLG*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    By: _____
                                Hon. John Preston Bailey
                                United States District Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA
### —WHEELING DIVISION—

DIANA MEY, individually
and on behalf of a proposed class,

        Plaintiff,

v.                                                                                          Civil Action No. 5:23-CV-46

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR &
MOUGEY P.A.; PRINCIPAL LAW GROUP,
LLC; MCM SERVICES GROUP LLC: and
JOHN DOE DEFENDANTS 1-5.

        Defendants.

## CERTIFICATE OF SERVICE

I, R. Edison Hill, counsel for defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A., do hereby certify on this 29th day of November, 2023, a true and correct copy of the foregoing **"JOINT STIPULATION AND REQUEST FOR ENTRY OF PROTECTIVE ORDER"** was electronically filed with the Clerk of Court using the CM/ECF system, which will send information of such filing to the following parties:

  Ryan M. Donovan (WVSB#1160)
  Andrew C. Robey (WVSB#12806)
  HISSAM FORMAN DONOVAN RITCHIE PLLC
  P.O. Box 3983
  Charleston, WV 25339
  rdonovan@hfdrlaw.com
  arobey@hfdrlaw.com
  *Counsel for Plaintiff*

  Kevin W. Kita (*admitted pro hac vice*)
  SUTTER O'CONNELL
  3600 Erieview Tower
  1301 East Ninth Street
  Cleveland, OH 44114
  *Counsel for Defendant PLG*

                                                          /s/ R. Edison Hill
                                                          R. Edison Hill (WVSB# 1734)