IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

v.                                 Civil Action No. 5:23-cv-46

LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR, & MOUGEY P.A.;
PRINCIPAL LAW GROUP, LLC, et al.

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on January 9, 2024, a true copy of *Plaintiff's Combined Supplemental Responses to Defendant Levin Law's First Set of Discovery Requests* was served upon all parties of record via electronic mail.

                                                 /s/ *Andrew C. Robey*
                                                 Andrew C. Robey (WVSB #12806)