## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**DIANA MEY**, individually and on behalf
of a proposed class,

                Plaintiff,

v.                                          **Civil Action No. 5:23-CV-46**
                                                Judge Bailey

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY P.A.; PRINCIPAL
LAW GROUP, LLC; JOHN DOE DEFENDANTS 1-5;**
and **MCM HUSTLE LLC,**

                Defendants.

## ORDER

Pending before this Court is Plaintiff's Motion for Entry of Default [Doc. 90], filed January 8, 2024. Therein, plaintiff asks this Court to issue an Order requiring defendant Principal Law Group, LLC ("Principal Law") to appoint new counsel and file a notice of appearance within seven (7) days of that Order. In the event that Principal Law fails to appoint counsel and appear within the time provided, plaintiff moves for an entry of default pursuant to Federal Rules of Civil Procedure 16(f) and 55(a).

For reasons appearing to this Court, Plaintiff's Motion for Entry of Default [**Doc. 90**] is hereby **GRANTED IN PART**. Principal Law is hereby **DIRECTED** to file a notice of appearance of counsel **within fourteen (14) days** of this Order. Moreover, in the event that Principal Law fails to designate substitute counsel within fourteen (14) days of this

Order, this Court will strike Principal Law's Answer to the Complaint and direct entry of default in this matter.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and mail a copy to Principal Law Group, LLC via certified mail, return receipt requested at 20 F Street NW, 7th Floor, Washington, DC, 20001.

**DATED**: January 23, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE