IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

                                                Civil Action No. 5:23-cv-46

v.

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR, & MOUGEY P.A., et al.

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Diana Mey and Defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, & Mougey P.A., ("Levin Papantonio") hereby stipulate and agree that Plaintiff's claims against Levin Papantonio be dismissed with prejudice, each party to bear its own costs and fees.

Plaintiff notes that, while a stipulation of dismissal under Rule 41(a) requires the signature of all parties who have appeared, Defendant Principal Law Group, LLC, having previously appeared, is now without counsel and is in default. ECF No. 96. Accordingly, should the Court deem it necessary, Plaintiff asks the Court to convert this Stipulation to a motion for dismissal of its claims against Levin Papantonio, with prejudice, under Rule 41(a)(2).

In either event, Plaintiff wishes to emphasize that its claims against Principal Law Group, LLC, shall remain pending.

**Respectfully submitted and**
**Agreed to by:**

| | |
|---|---|
| /s/ *Ryan McCune Donovan* | */s/ Bezalel Stern* |
| Michael B. Hissam (WVSB #11526) | Bezalel Stern (admitted PHV) |
| Ryan M. Donovan (WVSB #11660) | Christine M. Reilly (admitted PHV) |
| Andrew C. Robey (WVSB #12806) | Manatt, Phelps & Phillips, LLP |
| Hissam Forman Donovan Ritchie PLLC | 2049 Century Park East, Suite 1700 |
| P.O. Box 3983 | Los Angeles, California 90067 |
| Charleston, WV 25339 | Telephone: 310.312.4000 |
| t: 681-265-3802 | BStern@manatt.com |
| f: 304-982-8056 | CReilly@manatt.com |
| mhissam@hfdrlaw.com | |
| rdonovan@hfdrlaw.com | R. Edison Hill (WVSB 1734) |
| arobey@hfdrlaw.com | Hill Peterson Carper Bee & Deitzler PLLC |
| *Counsel for Plaintiff Diana Mey* | North Gate Business Park |
| | 500 Tracy Way |
| | Charleston, WV 25311 |
| | Ph: 304-345-5667 |
| | Fax: 304-345-1519 |
| | Email: REHill@hpcbd.com |
| | |
| | *Counsel for Defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY, on behalf of herself
and a class of others similarly situated,

    Plaintiff,

                                                                          Civil Action No. 5:23-cv-46

v.

LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR, & MOUGEY P.A., et al.

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on April 3, 2024, a true copy of the foregoing document was served upon all parties of record via ECF notification.

                                          s/ *Ryan McCune Donovan*
                                          Ryan M. Donovan (WVSB #11660)