IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, individually and on behalf
of a proposed class,

                Plaintiff,

v.                                            Civil Action No. 5:23-CV-46
                                              Judge Bailey

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY P.A.; PRINCIPAL
LAW GROUP, LLC; JOHN DOE DEFENDANTS 1-5;**
and **MCM HUSTLE LLC,**

                Defendants.

## ORDER

On April 3, 2024, plaintiff and defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A. ("Levin") filed a Stipulation of Dismissal [Doc. 97]. Therein, plaintiff and the Levin defendant stipulate to dismiss all claims against Levin with prejudice, each party to bear their own costs and fees.

Upon consideration, this Court hereby **DISMISSES WITH PREJUDICE** plaintiff's claims against defendant Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A. Plaintiff's claims remain in the above-styled case against Principal Law Group, LLC, John Doe Defendants 1-5, and MCM Hustle LLC.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: April 3, 2024.

_____
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**