**FILED**

DEC 30 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Diana Mey
14 Applewood Drive
Wheeling WV  26003
diana_mey@comcast.net

December 30, 2024

ATT:  CHANGE OF ADDRESS
Clerk of the Court NDWV
1125 Chapline Street  - Suite 3000
Wheeling WV  26003

RE:  Mey v. Racquet War LLC et al Civil Action No. 5:23-cv-46

Please note the following temporary address change for the Plaintiff in the above referenced matter beginning January 1, 2025:

Diana Mey
1760 Morelas Road
The Villages, FL  32159

Sincerely,

*[signature: Diana Mey]*

Diana Mey
Plaintiff, Pro Se