IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** individually and on behalf
of a proposed class,

           Plaintiff,

    v.                                      CIV. ACT. NO. 5:23-CV-46
                                                      Judge Bailey

**PRINCIPAL LAW GROUP, LLC,**
**JOHN DOES 1–5,** and **MCM HUSTLE, LLC,**

           Defendants.

## ORDER

Pending before this Court is plaintiff's Motion to Extend Deadline for Notice Plan [Doc. 117], filed February 28, 2025. Therein, plaintiff requests this Court extend the deadline for submission of a class notice plan to March 14, 2025. [Doc. 117 at 1].

For good cause shown, the Motion [**Doc. 117**] is **GRANTED**. Plaintiff's class notice plan must be submitted on or before **Friday, March 14, 2025**.

It is so **ORDERED**.

The Clerk is directed to provide copies of this Order to all counsel herein via electronic means and to provide a copy to any *pro se* parties via certified mail, return receipt requested, at the parties' last-known address as reflected on the docket.

**DATED**: March 3, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE