Verkhovskaya Expert Testimony at Deposition, Hearing or Trial (Past Four Years)

*Ahmad v. Fathom Realty*, No. 24-61491 (S.D. Fla.)

*Bilek v. National Congress of Employers, Inc., et al.*, No. 18-03083 (N.D. Ill.)

*Brown v. DirecTV, LLC*, No. 13-cv-01170 (C.D. Cal.)

*Bumpus v. Realogy Holdings Corp.*, No. 19-03309 (N.D. Cal.)

*Calhoun v. Invention Submission Corp.*, No. 18-1022 (W.D. Pa.)

*Clark v. Via Renewables, Inc. f/k/a Spark Energy*, Case No. 24-568 (N.D. Cal.)

*Davis v. Capital One, N.A.*, No. 22-00903 (E.D. Va.)

*Elliot v. Humana, Inc.,* No. 22-00329 (W.D. Ky.)

*Galloway v. Valve Corp.*, No. 16-1941 (W.D. Wash.)

*Gruber v. Yelp, Inc*., No. 16-554784 (Sup. Ct. California, SF)

*Jackson v. Athena Bitcoin Inc.*, No. 24-00331 (N.D. Fla.)

*Jancik v. WebMD LLC,* No. 22-644 (N.D. Ga.)

*Johnson v. Comodo Group, Inc.*, No. 16-04469 (D.N.J.)

*Mantha v. Quotewizard.com, LLC,* No. 19-12235 (D. Mass)

*Mey v. Matrix Warranty Solutions, Inc.*, No. 21-62 (N.D. Va.)

*Sapan v. The Federal Savings Bank*, 23-00075 (C.D. Cal.)

*Sapan v. Lending Tree, LLC*, 23-00071 (C.D. Cal.)

*Starling v. KeyCity Capital, LLC,* No. 21-818 (N.D. Tex.)

*Vance v. DirecTV*, No. 17-00179 (N.D. W.V.)

*Walker v. CMRE Fin. Services, Inc.*, No. 20-02218 (S.D. Cal.)

*Watson v. Lexus of Manhattan*, No. 20-04572 (S.D.N.Y.)

*Williams v. The Pisa Group, Inc.,* No. 18-04752 (E.D. Pa.)