# ANYA VERKHOVSKAYA

President and Chief Executive Officer
Class Experts Group, LLC

**Expert Witness**
**Claims Administrator**
**Resumé**



11520 North Port Washington Road, Suite 215
Milwaukee, WI  53092

classexpertsgroup.com
anyav@classexpertsgroup.com
linkedin.com/in/anyaverkhovskaya
(262) 302-4443

## BIOGRAPHY

Ms. Anya Verkhovskaya is a nationally recognized expert witness and claims administrator who has provided expert analysis, testimony, and litigation support services in federal and state class actions relating to the Telephone Consumer Protection Act (TCPA), consumer protection, human and civil rights, the Employee Retirement Income Security Act (ERISA), securities fraud, antitrust, pharmaceuticals, insurance, and other consumer protection cases, as well as in fairness actions before the U.S. Securities and Exchange Commission. As the President and Chief Executive Officer of Class Experts Group, LLC (CEG), Ms. Verkhovskaya leads a team of professionals with extensive experience in the management and analysis of large data sets and consumer records for class action litigations and has a collective experience of overseeing notice and claims administration for more than 1,700 class actions.

Ms. Verkhovskaya has been an industry leader in analyzing class-wide consumer data, including the following types of records: telephone call and/or text logs; audio recordings; banking; bankruptcy; consent; billing; Customer Relationship Management (CRM); government; medical; mortgage; transactional; vehicle deal jackets; vital statistics; and more.

Ms. Verkhovskaya regularly provides expert opinions and testimony in consumer protection cases on multiple aspects of litigation, including numerosity, ascertainability, class member identification and location, adequacy of notice, and settlement administration procedures.

Ms. Verkhovskaya has testified at more than 80 depositions, hearings, and at two jury trials. Her expert testimony and data analysis methods have been admitted into evidence over *Daubert* and similar challenges in multiple class action lawsuits. Courts have repeatedly recognized her testimony as "clear" and "cogent" and acknowledged her "extensive experience."

Ms. Verkhovskaya has been an integral part of some of the largest settlement programs relating to documentation and restitution for Holocaust victims and their heirs. For more than seven years, she worked with director Steven Spielberg's Survivors of the Shoah Visual History Foundation (now the USC Shoah Foundation Institute), handling eastern European and middle Asian operations. Ms. Verkhovskaya was a notice administrator for the *In Re Holocaust Victim Assets Litigation*, the German Forced Labour Compensation Programme, consulted on notice and outreach for the International Commission on Holocaust Era Insurance Claims (ICHEIC), and was the managing director of Holocaust Era Asset Restitution Taskforce (Project HEART).

## REPRESENTATIVE CASES

### Telephone Consumer Protection Act (TCPA) Expert Witness Cases

*Krakauer v. Dish Network, LLC*, **No. 1:14–CV–333 (M.D.N.C.).** The court denied a *Daubert* challenge. Ms. Verkhovskaya's expert testimony at a jury trial was pivotal, leading the jury to award damages for each violation she identified. Later, in denying a motion to overturn the jury verdict awarding the class more than $20 million in relief, the court found "Ms. Verkhovskaya provided clear, cogent testimony explaining her methodology and the bases for her opinions." Damages in the case were trebled to more than $61.5 million, and the award was upheld on appeal.

*McMillion v. Rash Curtis & Associates*, **4:16-cv-03396 (N.D. Cal.).** Ms. Verkhovskaya used reverse append and other techniques to separate debtors from non-debtors in the defendant's telephone call data, and to identify telephone calls made to wireless telephone numbers. Ms. Verkhovskaya's expert testimony at a jury trial was pivotal, leading the jury to award damages for each violation she identified. The class was awarded more than $267 million in damages, at the time one of the largest TCPA damages awards ever.

*Chinitz v. Intero Real Estate Services,* **5:18-cv-05623 (N.D. Cal.).** The court overruled the defendant's motion to strike/exclude and further denied the defendant's motion for summary judgment on plaintiff's TCPA claims. The parties subsequently reached a $13 million settlement regarding the TCPA class.

### Telephone Consumer Protection Act (TCPA) Notice & Claims Administration Cases

*Buchanan v. Sirius XM Radio, Inc.*, **No. 17-cv-728 (N.D. Tex.).** Ms. Verkhovskaya oversaw the settlement administration for the $25 million TCPA class action settlement, mailing more than 5.8 million postcards, sending more than 41 million emails to potential class members, and processing more than 437,500 claim forms.

### Civil Rights Notice & Claims Administration Cases

*Leslie Ann Wilkie Peltier v. Debra Haaland*, **No. 1:20-cv-03775-TFH (D.D.C.).** A class action lawsuit to redress alleged breaches of trust by the U.S. Department of the Interior, the U.S. Department of the Treasury, and the U.S. of America with respect to the accounting and management of two Judgment Awards of the Indian Claims Commission. The $59 million settlement provided relief to several generations of tribal families. Ms. Verkhovskaya developed a novel class notification and claims adjudication process that quickly and efficiently distributed settlement funds to surviving tribal members and their heirs. At the preliminary approval hearing, the federal judge overseeing the settlement noted that CEG was "instrumental in helping to shape the deal…"

Class counsel noted that CEG "made extensive efforts to identify and reach" the class and that CEG's class notification efforts "have met or gone beyond the Rule 23 and due process…requirements…" In the order granting final settlement agreement approval, the court noted that CEG's class notification process provided "the best notice practicable under the circumstances…and it was reasonably calculated to reach the class members." As an indication of the notice adequacy and its expansive reach, claimants were reached beyond the USA and claims were filed by class members from six additional countries: Australia, Austria, Canada, The Netherlands, Norway, and South Korea.

**German Forced Labour Compensation Programme (GFLCP).** Ms. Verkhovskaya was appointed by the government of Germany to lead notice and claims collection efforts in the GFLCP. Under Ms. Verkhovskaya's direction, the program located more than 43,000 Romani survivors in 17 countries in central and eastern Europe who were potentially eligible for humanitarian aid. Ms. Verkhovskaya oversaw creation of a comprehensive database for the GFLCP and the Holocaust Victim Assets Programme and coordinated direct assistance with claim completion for more than 11,000 Romanies in eight central and eastern European countries.

***In re Holocaust Victim Assets Litig.*, 105 F. Supp. 2d 139 (E.D.N.Y. 2000).** Ms. Verkhovskaya played a key role in a worldwide Phase I notice program that resulted in the processing of more than 500,000 initial questionnaires relating to a $1.25 billion settlement. In Phase III of that matter, Ms. Verkhovskaya coordinated delivering notice to more than 10,000 Jewish communities in 109 countries. In both Phases I and III of that matter, Ms. Verkhovskaya administered international help and call centers that directly assisted more than 100,000 potential claimants, created a class-appropriate notice targeting members of the Romani community in 48 countries, directed hundreds of staff in communicating with Romani communities and individuals, and notified more than two million people of the settlement.

**International Commission of Holocaust Era Insurance Claims (ICHEC).** Ms. Verkhovskaya was appointed by Chairman Lawrence Eagleburger, former U.S. Secretary of State, to serve as consultant to ICHEIC on notice and outreach strategies and supervised the notification of claimants and face-to-face assistance programs in eastern Europe and the former Soviet Union.

**Project HEART: Holocaust Era Asset Restitution Taskforce.** Ms. Verkhovskaya was appointed by the Israeli government as the administrative director of Project HEART to provide essential tools, strategy, and information to enable Israel and its partners to secure restitution for eligible Jewish Holocaust victims and their heirs. Project HEART was one of the most comprehensive multilingual notice campaigns ever undertaken, covering 137 countries. Ms. Verkhovskaya assisted in launching a multilingual, interactive website, establishing a 24-hour call center in 13 languages, distributing more than 500,000 documents to potentially eligible families of Holocaust victims, handling more than 80,000 telephone calls, conducting archival research, and creating the most comprehensive online database of looted Jewish property in history. Ms. Verkhovskaya oversaw and directed the establishment of the largest and most complex data repository in the world, of nearly two million records identifying Jewish property stolen or looted during the Holocaust. In addition, under Ms. Verkhovskaya supervision, Project HEART reached out to 15,000 non-governmental organizations (NGOs) to engage them in the project and provide personal assistance to thousands of Holocaust victims and their heirs in making their claims.

## WORK HISTORY

**Class Experts Group, LLC**

<u>President and Chief Executive Officer</u>                                                                2017-present

Established as a boutique firm with a worldwide presence, Class Experts Group, LLC (CEG) offers a comprehensive range of services tailored to complex litigation support services, including data analysis, expert witness testimony, and class action notice and settlement administration.

**Friends of Be an Angel, Inc.**

<u>Director of the Board</u>                                                                                              2022-present

Friends of Be an Angel is a 501(c)(3) charity dedicated to supporting Ukrainian refugees and internally displaced persons. They provide large-scale humanitarian aid, medical evacuations, mental health programs, and supplies. The organization also focuses on rehabilitation for wounded veterans and rare disease treatment for children. Additionally, they facilitate sister city programs to promote international cooperation and reconstruction efforts.

**Be an Angel e.V.**

<u>Member of the Board</u>                                                                                         2022-present

Be an Angel e.V. is an international charity that began in Berlin, Germany during the 2015 migrant crisis, providing housing for homeless refugees. The organization now offers crisis relief, rescue operations, advocacy, and support for refugees worldwide. Their services include humanitarian aid, medical evacuations for children with rare diseases, and sustainable integration programs. Be an Angel operates in various regions, including Europe, the Middle East, and North America, aiming to deliver comprehensive assistance and empowerment to refugees and asylum seekers.

**Rule of law Empowerment Association (ROLE)**

<u>Member of the Board</u>                                                                                         2022-present

ROLE is a dynamic human rights NGO founded in Strasbourg, France by former judges of the European Court of Human Rights (ECtHR), legal experts, renowned European and U.S. lawyers, and passionate young legal professionals dedicated to advancing human rights and the rule of law across Europe and Central Asia.

**DRRT**

<u>Managing Director</u>                                                                                              2016-2017

DRRT is an international law firm specializing in global securities litigation, institutional claims filing, and litigation support. They assist institutional investors with loss recovery through litigation, arbitration, and claims in global settlements. DRRT operates from offices in Miami, Frankfurt, Paris, and London, and emphasizes client-focused services in investor loss recovery and corporate governance. They handle significant securities litigation cases and settlements worldwide, offering a comprehensive approach to legal claims and recovery.

**A.B. Data, Ltd.**

<u>Partner and Chief Operating Officer, Class Action Administration</u>                          1999-2016

Ms. Verkhovskaya founded and led A.B. Data, Ltd. to become a nationally recognized class action administration firm. A.B. Data provides comprehensive class action administration services, including notice administration, claims processing, media services, contact centers, case websites, and settlement fund distribution.Ms. Verkhovskaya was a leader in class action claims fraud detection. She formed the Fraud Prevention and Detection Task Force in collaboration with Duke Law School, the Federal Bureau of Investigations, the U.S. Secret Service, the IRS Criminal Investigative Division, the United States Postal Services, the Department of Justice, and other government organizations, developing class action industry guidelines on preventing fraud.

## EDUCATION

Executive Master of Business Administration
Brown University & IE Business School

Course Certificate, Data Science, Machine Learning and AI for Business
Course Certificate, Leadership in Times of Volatility and Uncertainty
Brown University & IE Business School

Bachelor of Science
Molloy University