IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** individually and on behalf
of a proposed class,

      Plaintiff,

v.                               **CIV. ACT. NO. 5:23-CV-46**
                                    Judge Bailey

**PRINCIPAL LAW GROUP, LLC,**
**JOHN DOES 1–5,** and **MCM HUSTLE, LLC,**

      Defendants.

## ORDER

Pending before this Court is plaintiff's Motion for Approval of Class Notice Plan [Doc. 119], filed March 14, 2025. Therein, plaintiff requests this Court approve her class notice plan. [Doc. 119]. While the Motion contains a description of the proposed class notice, the Motion does not provide the Court with a copy of the actual proposed class notice. Prior to deciding the Motion, the Court would like to view the actual proposed class notice. Accordingly, plaintiff has until **Friday, March 28, 2025** to submit a copy of the actual proposed class notice in this matter for review.

It is so **ORDERED**.

The Clerk is directed to provide copies of this Order to all counsel herein via electronic means and to provide a copy to any *pro se* parties via certified mail, return receipt requested, at the parties' last-known address as reflected on the docket.

**DATED**: March 18, 2025.

                                                 JOHN PRESTON BAILEY
                                                 UNITED STATES DISTRICT JUDGE