IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY**, individually and on behalf
of a proposed class,

                Plaintiff,

v.                                        **Civil Action No. 5:23-CV-46**
                                                 Judge Bailey

**PRINCIPAL LAW GROUP, LLC,**
**JOHN DOE DEFENDANTS 1-5,**
and **MCM HUSTLE LLC,**

                Defendants.

## ORDER

Pending before this Court is Plaintiff's Motion for Approval of Class Notice Plan [Doc. 119], filed March 14, 2025. On March 18, 2025, this Court directed plaintiff to submit a copy of the actual proposed class notice in this matter for review. *See* [Doc. 120]. Plaintiff submitted the proposed long-form Notice on March 24, 2025. *See* [Docs. 121 & 121-1]. Having seen and inspected the same, this Court hereby **APPROVES** the Class Notice [Doc. 121-1]. In light of the above, Plaintiff's Motion for Approval of Class Notice Plan [**Doc. 119**] is **GRANTED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: March 24, 2025.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE