# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Diana Mey<br>*Plaintiff*<br>v.<br>Principal Law Group, LLC, John Does 1-5, MCM Hustle LLC<br>*Defendant* | Civil Action No. 5:23-cv-46 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:  Plaintiff's Motion for Default Judgment and Award of Attorneys' Fees and Costs is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE. This Court hereby ORDERS default judgment for the plaintiff in the amount of $1,540,500.00.

This action was *(check one)*:

☒ decided by Judge   John Preston Bailey

Date:  07/22/2025

*CLERK OF COURT*
***Stephanie Hainer Ojeda***

/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*