IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,** on behalf of herself and a class
of others similarly situated,

      Plaintiff,

v.                                      **CIV. ACT. NO. 5:23-CV-46**
                                        Judge Bailey

**PRINCIPAL LAW GROUP, LLC,**

      Defendant.

## ORDER

On November 20, 2025, by prior Order [Doc. 134], the above-captioned matter came before this Court for a hearing on this Court's Order to Show Cause. [Doc. 132]. Therein, this Court directed the principals of defendant Principal Law Group, LLC, that is, David Vermont, Gregory March, and Dennis March ("principals"), to show cause why they should not be held in contempt of this Court for their failure to comply with this Court's Order approving the class notice plan. [Doc. 132].

This Court ultimately found that the explanation provided by Mr. Vermont was insufficient cause for what is, in this Court's view, willful violation of a court order. Accordingly, this Court **ORDERED** that David Vermont, Gregory March, and Dennis March be held in **CONTEMPT** of this Court with the following conditions:

- The principals shall be fined, collectively, in the amount of **$10,000.**

- The principals shall be fined **$1,000 each week until the contempt is purged**—that is, until the principals achieve compliance with this Court's Order approving the class notice plan or otherwise turn over control of Principal Law's website to the plaintiffs.

The aforementioned monetary sanctions shall be made payable to the "Clerk, United States District Court for the Northern District of West Virginia."

The Clerk is **DIRECTED** to then disburse any received sanction funds to counsel for plaintiffs, Hissam Forman Donovan Ritchie PLLC, 707 Virginia Street, East, Suite 260, Post Office Box 3983, Charleston, WV 25301.

Counsel for plaintiffs is further **ORDERED** to promptly submit to this Court evidence of reasonable attorneys' fees incurred in enforcing compliance with this Court's Order.

At the hearing, the parties were also **DIRECTED** to confer regarding proposed dates for debtors' examinations of the three (3) principals. The parties were instructed not to leave the courthouse until a date was agreed upon. Following an informal conference amongst the parties, the conferral was ultimately held in open Court. The debtors' examination of the principals was then scheduled for **January 5, 2026**, in the Frederick P. Stamp, Jr. Federal Building and United States Courthouse, 1125 Chapline Street, Wheeling, WV.

Finally, given that both the corporate defendant and the principals are unrepresented by counsel, the parties agreed, on the record, that service of the subpoenas for the aforementioned debtors' examination via email was acceptable.

In light of the above, plaintiffs' underlying Motion for Sanctions [**Doc. 129**] is **GRANTED**.

Plaintiffs' counsel is **ORDERED** to provide actual notice of this Order within **twenty-four (24)** hours.

The Clerk is directed to transmit a copy of this Order to all counsel herein.

It is so **ORDERED**.

**DATED**: November 24, 2025.

*[signature]*
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**